UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EMPRESS HADIYA BEY,

                              Plaintiff,

      v.

HENRI ROC, et al.,

                             Defendants.
----------------------------------------------------------------X

JUDGMENT

19-CV-1877 (PKC) (JAM)

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on July 29, 2025, dismissing this case for failure to prosecute, *See Lewis v. Rawson*, 564 F.3d 569, 575 (2d Cir. 2009); it is

       ORDERED and ADJUDGED that this case is dismissed for failure to prosecute. *See Lewis v. Rawson*, 564 F.3d 569, 575 (2d Cir. 2009).

Dated: Brooklyn, New York
       July 30, 2025

                                           Brenna B. Mahoney
                                           Clerk of Court

                             By:    */s/Jalitza Poveda*
                                             Deputy Clerk